**Electronically Filed
Supreme Court
SCPR-21-0000631
18-NOV-2021
10:25 AM
Dkt. 6 OGP**

SCPR-21-0000631

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE JOHN LAURENCE POOLE, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawaiʻi, filed by attorney John Laurence Poole, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Poole has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Poole, attorney number 6608, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, November 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins